# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARCUS DAVIS

VERSUS

UNITED STATES ARMY

CIVIL ACTION

NO. 14-415-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated February 24, 2015, to which an objection was filed.

**IT IS ORDERED** that the Plaintiff's Complaint (R. Doc. 1) is DISMISSED with prejudice under 28 U.S.C. § 1915 as it fails to state a claim upon which relief can be granted.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 5, 2015.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA